1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6967
6      FAX: (415) 436-6748
7  Attorneys for Federal Defendant
8
   Bruce E. Campbell
9  5948 Victor Street., Apt. 514
   Bakersfield, CA 93308
10 (925) 817-0813
11 Plaintiff, In Pro Se
12
13              UNITED STATES DISTRICT COURT
14             NORTHERN DISTRICT OF CALIFORNIA
15                    OAKLAND DIVISION
16
   BRUCE CAMPBELL,                )    No. C10-5861 LB
17                                 )
           Plaintiff,              )    STIPULATION AND [PROPOSED]
18                                 )    ORDER TO CONTINUE CASE
       v.                          )    MANAGEMENT CONFERENCE
19                                 )
   TIMOTHY GEITHNER, SECRETARY,    )
20 U.S. DEPARTMENT OF TREASURY,    )
                                   )
21         Defendant.              )
22 ─────────────────────────────
       An initial case management conference in the above-captioned case is currently set for April
23
   14, 2011 at 1:30 p.m.  Counsel for the federal defendant will be out of town from April 7 to April
24
   20, 2011.  Due to the unavailability of the federal defendant's counsel on April 14, 2011, the
25
   parties hereby agree and stipulate to continue the case management conference, subject to the
26
   ///
27
   ///
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
C10-5861 LB

10:30 a.m.

1   Court's approval, to May 5, 2011, at ~~1:30 p.m.~~

2   IT IS SO STIPULATED.

3   DATED: March 29, 2011

Respectfully submitted,

4   
5   MELINDA HAAG
    United States Attorney

6   
7   JENNIFER S. WANG
    Assistant United States Attorney

8   
9   DATED: March __, 2011

10  
11  BRUCE E. CAMPBELL
    Plaintiff, In Pro Se

12  
13  

14  **[~~PROPOSED~~] ORDER**

15  
16      Pursuant to the parties' stipulation and good cause having been shown, it is ordered that the

    case management conference in the above-captioned case is continued from April 14, 2011 to

17  May 5, 2011, at ~~1:30 p.m.~~  The case management statement filing deadline shall be April 28,
                    10:30 a.m.

18  2011.

19  IT IS SO ORDERED.

20  
21  Dated: ___March 31, 2011___

22  LAUREL BEELER
    UNITED STATES MAGISTRATE JUDGE

23  
24  Judge Laurel Beeler

25  
26  
27  
28  

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CMC
C10-5861 LB